# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Dale Trsar

                      Plaintiff,

v.                                                  Case No.: 1:18–cv–07374
                                                          Honorable John J. Tharp Jr.

Akorn, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr: The parties' joint motion for approval and entry of stipulation and order of dismissal [64] is granted. No appearance on the motion is required. All scheduled hearings and deadlines are stricken and any pending motions are denied as moot. Enter Order. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.